IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   13-cv-02526-RBJ | Date:  November 21, 2013 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| RICHARD B. LANGILLE | *Michael E. Lindsay* |
| GARY F. SKINNER | *Christopher Diedrich* |
| **Plaintiff(s)** | |
| v. | |
| HUNTER DOUGLAS INC | *Randall H. Miller* |
| | *Adam Miller* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session: 8:30 a.m.

Appearance of counsel.

**ORDERED:   [7] Motion to Dismiss is MOOT.**

**The Court accepts the limits and deadlines proposed by the parties, which include:**

10 depositions, each deposition limited to one day of 7 hours.
25 interrogatories per side.
25 requests for production of documents per side.
25 requests for admissions per side.

Deadline for joinder of parties and amendment of pleadings:  December 17, 2013.

Discovery cut-off:  April 15, 2014.

Dispositive motion deadline:   September 12, 2014.

**Proposed Scheduling Order was approved and entered with interlineations made by the Court.**

**TRIAL PREPARATION CONFERENCE**  is set for **December 19, 2014, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**THREE WEEK JURY TRIAL** is set for **January 12, 2015, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Discussion held on claims and defenses, discovery disputes and protective orders.

Court in Recess:  8:49 a.m.    Hearing concluded.     Total time in Court:  00:19