IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   13-cv-02526-RBJ | Date:  December 19, 2014 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Tamara Hoffschildt |

| *Parties* | *Counsel* |
|---|---|
| RICHARD B. LANGILLE<br>GARY F. SKINNER | *Michael E. Lindsay*<br>*Christopher Diedrich* |
| **Plaintiffs** | |
| v. | |
| HUNTER DOUGLAS INC | *Randall H. Miller*<br>*Stephen D. Gurr* |
| **Defendant** | |

### COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**Court in Session: 2:29 p.m.**

Appearance of counsel.

Discussion held on the Court's scheduling issue.

Discussion held on pending motions.

**ORDERED:**   [48] Motion in Limine to Exclude Parol Evidence is DENIED.

[49] Motion to Exclude the Expert Testimony of Melinda M. Harper Pursuant to F.R.E. 702 and Request for Daubert Hearing is GRANTED.

Jury instructions reviewed and ruled upon as stated on the record.

**Court in recess:**   3:39 p.m.
**Court in session:**  3:46 p.m.

Continued review of jury instructions with rulings as stated on the record.

Court in Recess: 4:57 p.m.          Hearing concluded.          Total time in Court: 02:21