IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02526-RBJ

RICHARD B. LANGILLE and
GARY F. SKINNER,

      Plaintiffs,

v.

HUNTER DOUGLAS, INC.,

      Defendant.

---

## ORDER GRANTING STIPULATED JOINT MOTION FOR DISMISSAL WITH PREJUDICE

---

This matter comes before the Court on the parties' Stipulated Joint Motion for Dismissal with Prejudice (the "**Motion for Dismissal**"). ECF No. 57. The Court, having reviewed the Motion for Dismissal, the file, and being otherwise fully informed in the premises orders as follows:

1. The Motion for Dismissal is GRANTED.

2. All claims and counterclaims asserted in this action against all parties are hereby DISMISSED WITH PREJUDICE, with each party to pay its own attorneys' fees and costs.

DATED this 6th day of March, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1